115 A.3d 831

ELDRIDGE HAWKINS II, PLAINTIFF–PETITIONER, v. JOHN FEDER, JAMES ABBOTT, INDIVIDUALLY AND OFFICIALLY, JOHN K. SAYERS AND TOWNSHIP OF WEST ORANGE, WEST ORANGE POLICE DEPARTMENT, DEFENDANTS–RESPONDENTS.

May 22, 2015.

Denied.

115 A.3d 831

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SAFEE U. MUTAWAKKIL, DEFENDANT–PETITIONER.

May 22, 2015.

ORDERED that the petition for certification is granted, in part, and the matter is summarily remanded to the trial court for reconsideration of defendant's sentence, limited to the issue of whether the three-year period of parole ineligibility imposed in connection with defendant's conviction for violating *N.J.S.A.* 2C:35–5(B)(3) (Ind. No. 10–07–394–I; Count 1), was lawful under the circumstances presented. Jurisdiction is not retained.